UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-cr-0193-KJD-LRL |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| KEVIN RUGGIERO, | |
| Defendant. | |

Before the Court is defendant Kevin Ruggiero's Motion to Extend Time re: Application for Writ of Garnishment (first request) (ECF No. 463). The government has filed a notice of non-opposition to Ruggiero's Motion (ECF No. 465).

There being no opposition and good cause appearing, the Court hereby **GRANTS** Ruggiero's Motion to Extend Time (ECF No. 463). Ruggiero shall have thirty days from the entry of this order to respond to the pending Applications for Writ of Continuing Garnishment, Writs of Continuing Garnishment, and Clerk's Notices of Post-Judgment Garnishment filings.

IT IS SO ORDERED

Dated this 19th day of February, 2020.

_____
Kent J. Dawson
United States District Judge